IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN W. ELLIOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4787

Opinion filed May 1, 2015.

An appeal from the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Michael R. Rollo of Michael R. Rollo, P.A., Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, and Lauren Brudnicki, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.